UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**ARANSAS PRINCESS CONDOMINIUM ASSOCIATION, INC.,**

§
§
§

*Plaintiffs*

§

v.

§   Case No. 2:18-cv-00341
§   (Removed from the County Court at
§   Law #4 Nueces County, Texas)

**LANDMARK AMERICAN INSURANCE COMPANY,**

§
§
§   JURY DEMANDED

*Defendant.*

§
§

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

NOW COMES Defendant, Landmark American Insurance Company, and notifies the Court and all parties that it has retained Justin K. Ratley of the law firm of WINSTEAD PC as additional counsel of record, and further notifies the Court and all parties that Jay W. Brown of the law firm of WINSTEAD PC will be acting as lead counsel in this case.

The Court and all parties are hereby requested to send copies of all pleadings, notices and correspondence in this cause to Jay W. Brown, Bruce R. Wilkin and Justin K. Ratley at the following addresses:

Jay W. Brown
WINSTEAD PC
600 Travis Street, Suite 5200
Houston, Texas 77002
Telephone: 713.650-2706
Facsimile: 713.650-2400
E-mail: jbrown@winstead.com

Bruce R. Wilkin
WINSTEAD PC
600 Travis Street, Suite 5200
Houston, Texas  77002
Telephone: 713.650-2689
Facsimile: 713.650-2400
E-mail:  bwilkin@winstead.com

Justin K. Ratley
WINSTEAD PC
600 Travis Street, Suite 5200
Houston, Texas  77002
Telephone: 713.650-2688
Facsimile: 713.650-2400
E-mail:  jratley@winstead.com


Respectfully submitted,


*/s/ Bruce R. Wilkin*
Jay W. Brown – Attorney-in-Charge
Texas Bar No. 03138830
jbrown@winstead.com
Bruce R. Wilkin
Texas Bar No. 24053549
bwilkin@winstead.com
Justin K. Ratley
Texas Bar No. 24093011
jratley@winstead.com
WINSTEAD PC
600 Travis Street, Suite 5200
Houston, Texas  77002
Telephone: 713.650.8400
Facsimile: 713.650.2400

**ATTORNEYS FOR DEFENDANT LANDMARK AMERICAN INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on November 29, 2018. Notice of this filing will be sent to opposing counsel by operation for the Court's electronic filing system and e-mail:

William J. Chriss                                                        *Via Electronic Service and E-mail*
THE SNAPKA LAW FIRM
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78403
E-mail: wjchrisspc@gmail.com


/s/ *Bruce R. Wilkin*
**Bruce R. Wilkin**