UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARANSAS PRINCESS CONDOMINIUM ASSOCIATION INC., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00341 |
| LANDMARK AMERICAN INSURANCE COMPANY | § § § § | |
| Defendants | § § § § § | |

**PLAINTIFF'S INITIAL DESIGNATION AND DISCLOSURE OF EXPERT WITNESSES**

COMES NOW ARANSAS PRINCESS CONDOMINIUM ASSOCIATION, INC., Plaintiff and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, make these expert disclosures and designations of person who may provide expert testimony pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence.

I.   RETAINED EXPERTS

1. The following individuals are those whom Plaintiff has retained or specifically employed to provide expert testimony at trial.

   1.   Roy R. Pachecano, AIA
        Portico REI, LLC
        434 King William
        San Antonio, TX 78204

1

Attached as Exhibit A is Mr. Pachecano's written report, which contains the facts, data and information considered and relied upon by Mr. Pachecano the exhibits that Mr. Pachecano may use to summarize or support his opinions, and his qualifications, publications, and statement of his compensation.  Mr. Pachecano has testified by deposition or in trial within the last four years in the following cases:  Cause No. C-5730-16-F, *Hidalgo County vs. Descon, et al*, in the 332nd Judicial District Court, Hidalgo County, Texas; and Cause No. 2015CCV-6070-3, *Bishop Consolidated ISD vs. Barcom Commercial and Barcom Construction, Inc*, in the County Court at Law No. 3, Nueces County, Texas.  Plaintiff incorporates herein by reference Mr. Pachecano's expert report including all subparts and attachments thereto, attached as Exhibit A.

    2.    Mike Krismer
           517 Ronson Dr.
           Corpus Christi, TX 78412

Attached as Exhibit B is Mr. Krismer's written report, which contains the facts, data and information considered and relied upon by Mr. Krismer, the exhibits that Mr. Krismer may use to summarize or support his opinions, and his qualifications, publications. Mr. Krismer's hourly rate is $200.00.  Mr. Krismer has testified by deposition or in trial within the last four years and a list of cases is included in Exhibit B.  Plaintiff incorporates herein by reference Mr. Krismer's expert report including all subparts and attachments thereto, attached as Exhibit B.

    3.    Alonzo Garza
           Baldwin Roofing Company, Inc.
           642 Omaha Dr.
           Corpus Christi, TX 78411

Attached as Exhibit B is Mr. Garza's written report, which contains the facts, data and information considered and relied upon by Mr. Garza, the exhibits that Mr. Garza may use to summarize or support his opinions, and his qualifications, publications.  Mr. Garza's hourly rate is $150.00 and $200.00 for deposition/trial testimony.  Mr. Garza has testified by deposition and/or

in trial within the last four years and a list of cases is included in Exhibit B. Plaintiff incorporates herein by reference Mr. Garza's expert report including all subparts and attachments thereto, attached as Exhibit B.

    4.    William R. Lackner, PE
            Datum Engineers
            6516 Forest Park Rd.
            Dallas, TX 75235

Attached as Exhibit C is Mr. Lackner's written report, which contains the facts, data and information considered and relied upon by Mr. Lackner, the exhibits that Mr. Lackner may use to summarize or support his opinions, and his qualifications, publications, and statement of his compensation. Mr. Lackner has testified by deposition or in trial within the last four years and a list of cases is included in Exhibit C. His rate of compensation is $235 per hour. Plaintiff incorporates herein by reference Mr. Lackner's expert report including all subparts and attachments thereto, attached as Exhibit C.

    5.    Stephen H. Horner, Ph.D.
            Economic, Business & Statistical Consulting
            P. O. Box 2685
            Corpus Christi, TX 78403

Attached as Exhibit D is Mr. Horner's written report, which contains the facts, data and information considered and relied upon by Mr. Horner, the exhibits that Mr. Horner may use to summarize or support his opinions, and his qualifications, publications, and statement of his compensation. Mr. Horner has testified by deposition or in trial within the last four years and a list of cases is included in Exhibit D. Plaintiff incorporates herein by reference Mr. Horner's expert report including all subparts and attachments thereto, attached as Exhibit D.

    6.    Keith Adamson, CPA, CGMA
            Adamson & Company
            4101 S. Alameda
            Corpus Christi, TX 78411

Attached as Exhibit D is Mr. Adamson's written report, which contains the facts, data and information considered and relied upon by Mr. Adamson, the exhibits that Mr. Adamson may use to summarize or support his opinions, and his qualifications, publications, and statement of his compensation. Plaintiff incorporates herein by reference Mr. Adamson's expert report including all subparts and attachments thereto, attached as Exhibit D.

7. William J. Chriss, Attorney at Law
The Snapka Law Firm
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78401

Mr. Chriss's written report, which contains the facts, data and information considered and relied upon by Mr. Chriss, the exhibits that Mr. Chriss may use to summarize or support his opinions will be provided within thirty days. His qualifications and publications are listed in his CV attached hereto as Exhibit E. Mr. Chriss's non-contingent hourly rate is $750.00. His contingent rate of compensation and that of other firm members is higher. Mr. Chriss has not provided deposition testimony or trial testimony in the past four years.

## II.   NON-RETAINED EXPERTS

2. Plaintiff may call to testify at trial the individuals, contractors, workmen, insurance personnel and consultants, and condominium owners listed in Plaintiff's Rule 26 Initial Disclosures. These individuals are not retained by, employed by or otherwise subject to the control of Plaintiff.

3. Plaintiff reserves the right to elicit by way of cross-examination opinion testimony from any and all experts designated and called by Defendants. Plaintiff hereby expresses its intention to possibly call any witnesses associated with adverse parties including the experts of Defendants.

4. Plaintiff reserves the right to call undesignated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of the evidence by Defendants.

5. Plaintiff reserves the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

6. Plaintiff reserves the right to elicit any expert opinion or lay opinion testimony at the time of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact, and which would not violate a Court Order or the Federal Rules of Civil Procedure.

7. Plaintiff hereby designates, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial. In the event a present or future party designates an expert, but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiff reserves the right to designate and/or call any such party or any such experts previously designated by any party.

8. Plaintiff reserves the right to supplement this designation with additional designations of experts within the time limits imposed by the court or any alterations of same by subsequent court order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Civil Evidence.

Respectfully submitted,

**THE SNAPKA LAW FIRM**
606 N. Carancahua, Suite 1511
P.O. Box 23017
Corpus Christi, Texas 78403
Telephone: (361) 888-7676
Facsimile: (361) 884-8545

*/s/ William J. Chriss*
**William J. Chriss**
State Bar No. 04222100
Email:  wjchrisspc@gmail.com
**Kathryn Snapka**
State Bar No. 18781200
Email: ksnapka@snapkalaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that, on March 1, 2019, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Jay W. Brown
jbrown@winstead.com
Bruce R. Wilkin
bwilkin@winstead.com
WINSTEAD PC
600 Travis Street, Suite 5200
Houston, Texas 77002
ATTORNEYS FOR DEFENDANT

*/s/ William J. Chriss*
**William J. Chriss**
**Attorney-In-Charge**