## EXHIBIT B

# Aransas Princess Roof



# Report of Findings

**March 1, 2019**

Prepared for:

**THE SNAPKA LAW FIRM**
606 N. Carancahua St., Suite 1511
Corpus Christi, Texas 78401

Attn: William Chriss

Prepared by:
Krismer Consulting
517 Ronson Drive
Corpus Christi, Texas 78412

Mike Krismer, CIEC
Certified Indoor Environmental Consultant™
Board-awarded by the American Indoor Air Quality Council™

TX Mold Assessment Consultant
Texas License #MAC0139
Expiration Date 12/05/2020

Alonzo Garza
Baldwin Roofing
642 Omaha Drive
Corpus Christi, Texas 78469

Aransas Princess Roof                                                                March 1, 2019

**Introduction**

Krismer Consulting has reviewed documents relating to the roof at the Aransas Princess generated by both the owners and Landmark Insurance. Documents reviewed include Landmark production Bates Stamp 000001 – Landmark 004591, and the entire Aransas Princess file including invoices reports and photographs.  Evaluation of the roof was performed by both Mike Krismer with Krismer Consulting and Alonzo Garza with Baldwin Roofing. Both Mike Krismer and Alonzo Garza sign this report.

**Findings**

Roofing contractors working for Aransas Princess have informed Mr. Bob Adcock, the Property Manager that the PVC membrane had lifted and that water is trapped under the PVC (Duro-Last) roofing system.

EBERL Claim Service (ERBL), working for Texas Windstorm Insurance Association (TWIA) estimated $173,186.92   for the roof including 104 squares or 10,400 square feet of the roof membrane. The EBERL report addresses the existing roof as a TPO fully adhered system which it is not. It is a PVC mechanically attached system.

Engle Martin & Associates (EM) adjusting the claim for Landmark hired ENVISTA Forensics (ENVISTA) who generated a report on 12-21-2017 stating only 250 square feet of roof required replacement. ENVISTA also refers to the roof as a TPO roof and offers no opinion about attachment.

On 5-27-2019 EVISTA generated a supplemental report stating 4,750 square feet of roof required replacement.

On 6-5-2018 JS Held (Held) submitted a final estimate that included replacing 10,400 square feet of TPO roof. The Held TPO roof estimate (Landmark 003800) is an exact duplicate of the EBERL estimate (Landmark 001918) except for the unit cost to stain the security fence on the roof. The Held estimate also falsely observes the roof to be a TPO fully adhered system.

On 9-21-2018 Landmark sent Unified Building Services (UBS) to inspect the roof. Mr. Bob Adcock was with the inspectors all day, below is an e-mail from Bob to Randy L. Wright and Greg Duke (Board Members) describing observations.

> **From:** Bob Adcock - Aransas Princess Manager
> **Sent:** Monday, September 24, 2018 10:30 AM
> **To:** Randy L. Wright; Craig Duke
> **Subject:** Roof Inspection 9-21-18
>
> Randy and Craig,
> Attached are photos of roof area's which are from the Landmark inspection on 9/21/18.
> John Aleksic and Clark Elerson with Unified Building Sciences spent the 21st on the roof.
> They took 7 core samples.
> 2 on each roof except the "A" side (06 stack), which they only took one core sample.
> The marking you see in orange and black marker are area's they found water under roof.
> Core samples were between 10" and 3" of roofing material.
> Water was discovered on all four roof areas.

Aransas Princess Roof                                                                    March 1, 2019

They also checked railings from 4:30pm till 7:30 pm on Thursday 9/20/18, and for a few hours on Friday morning.

Let me know if you have any questions or need any further information.

Thank you,

Bob Adcock
Property Manager
Aransas Princess Condominium
720 Beach Access Road 1A
Port Aransas, TX    78373
361-749-5118

The diagram below shows the roof core locations taken by UBS.



Aransas Princess Roof                                              March 1, 2019

Photographs taken by Mr. Adcock shows UBS using a
Tramex Roof Wall Scanner to locate areas of moisture.
The photograph to the right shows the meter used to
measure over stack 13 -14, note the meter is pegged
documenting wet conditions under the PVC membrane.



The photos below document that over stack 5 – 6 UBS
utilized marker paint to define areas of high moisture.
According to Mr. Adcock, this was the only area they
used spray paint on the roof, on other areas of the roof,
a black marker was used.




Review of the Landmark file failed to find a report from UBS concerning its inspection of Aransas
Princess on 9-20-2019. From a review of photos taken by Mr. Adcock and his observations of their
investigation UBS found water under the PVC roof membrane as observed by roofing contractors
consulted by Aransas Princess.

Aransas Princess Roof                                                                                        March 1, 2019

On 2-25-2019, Baldwin roofing opened the roof at six locations. The image below documents the 6 locations openings were made. Openings by Baldwin were made at locations away from those taken by UBS except for Location 1. Locations 1,3,4,5, and 6 were taken at fastener locations to check for moisture and uplift; Location 2 was not. During our investigation, we also observed broken polymer insulation plates (plate).



The table to the right summarizes the results of our investigation. The roofing system consists of an overlay Duro-Last PCV roof, mechanically attached to the concrete deck with nails and polymer insulation plates. With nails attaching the PVC membrane to the concrete deck if water gets under the PVC membrane it has a path through the old modified bitumen membrane at every fastener location.

| Location | Water Present | Uplift Evident | Plate Broken |
|----------|---------------|----------------|--------------|
| 1 | Yes | Yes | No |
| 2 | Yes | N/A | N/A |
| 3 | Yes | Yes | Yes |
| 4 | No | Yes | No |
| 5 | Yes | Yes | Yes |
| 6 | Yes | Yes | Yes |

Aransas Princess Roof                                                    March 1, 2019

After Hurricane Harvey substantial patching on the PVC membrane was required.  Additionally, not all tears or cuts in the PVC membrane were identified right away, allowing more water under the PVC membrane.

The photos below are of **Location 1**, taken at a plate location; liquid water was present under the PVC membrane as evidenced in the photos below and the rust on the nail head.  The PVC membrane was laid over the modified bitumen membrane over a Duro-Guard® EPS Fan-Fold (fan-fold).   The PVC membrane was laid over the modified bitumen membrane over a Duro-Guard® EPS Fan-Fold (fan-fold).   The upper right photo also shows we were able to run a knife under the plate to the nail.  When installed this would not be possible because these plates are spiked on the bottom and secured snug to the fan-fold. The evidence that a knife can pass between the substrate and the plate is evidence of uplift. The photo at the bottom of the page shows the spikes on the bottom of the plate.

 

 



Aransas Princess Roof                                                                    March 1, 2019

The photos below are from **Location 2**.  The PVC was removed, and the fan-fold was removed as was the modified bitumen cap sheet. The cap sheet was damp to the touch, see the photo the right below.

  

The photos below are from **Location 3**. The nail had lifted off the plate and was rusted. See the photo to the left below. A knife was easily slid between the plate and the membrane. See the photo in the middle.  Water was observed under the PVC membrane. See the photo to the right.  The photo at the bottom of the page shows the bottom of the plate. Note the plate is split.

  



Aransas Princess Roof                                          March 1, 2019

The photo to the right is from **Location 4**. This was the only location where water was not observed.  However, evidence of uplift was present.



The photo to the right is from **Location 5**. Water was present, note rust and water on the plate. Additionally, the plate was broken.



The photos below are from **Location 6**. Water was present, note rust and water on the plate. See the photos to the left and the middle.  The plate was also broken and lifted off the fan-fold.



Aransas Princess Roof                                                    March 1, 2019

**CMU Parapet Walls**

Examination of CMU parapet walls documented water resistive finishes were damaged by wind-driven debris.  The photos below document chips and damage to CMU walls from wind-driven debris which damaged painted surfaces and exposed the CMU block to water during rain events.  This damage is allowing water to penetrate CMU walls and find its way behind roof flashing and under the roofing membrane.








Aransas Princess Roof                                                                    March 1, 2019

**Opinions**

It is our opinion that our investigation is consistent with both water under the PVC membrane and uplift of the PVC membrane as a result of Hurricane Harvey.

It is our opinion that water entered under the PVC membrane through openings created by Hurricane Harvey. Openings included;

1) Tears and rips in the PVC membrane caused by wind-driven debris.
2) Flashing and parapet caps tore from the building by both wind and wind-driven debris.
3) Damage to CMU parapet walls, caused by wind-driven debris, which resulted in pathways for water into and behind flashing systems.

It is our opinion evidence of uplift of the PVC membrane exist across the roof assembly.

It's our opinion that the replacement of the existing PCV roof, modified bitumen roof, and insulation down to the concrete deck is required as a result of Hurricane Harvey.

It is the opinion of Mike Krismer that the Landmark and TWIA failed to perform the required evaluation of the PVC roof system and associated assemblies before estimating the roof damage.

The attached Exhibit I is an estimate by Baldwin Roofing for the replacement of the roof. It is the opinion of Alonzo Garza the scope of work and cost is both reasonable and necessary.

**Conclusion**

It is important to note that Krismer Consulting has a complete file showing all photos and documents reviewed.  Not all documents are referenced in this report.  Krismer Consulting's complete file should be considered part and parcel of this report. The opinions and/or comments expressed in this report are based on but are not limited to, information reviewed, available construction documents, experience, and any referenced literature. We reserve the right to revise, supplement, and otherwise amend this report as further information and evidence may be made known. As such this is not a final report as damage from Hurricane Harvey is continuing and ongoing.

**END OF REPORT**

See attached;

Exhibit I Baldwin Estimate

CV of Mike Krismer and List of Cases

CV of Alonzo Garza and List of Cases

# Exhibit I



COMMERCIAL

**BALDWIN ROOFING**
COMPANY INC.

INDUSTRIAL
RESIDENTIAL

642 Omaha Dr.
P.O. Box 9380
Corpus Christi, TX 78469-9380
(361) 888-8373 • Fax (361) 888-8087

August 7, 2018

Aransas Princess
Attention:  Bob Adcock
720 Beach Access Road 1-A
Port Aransas, Texas 78373

Re:    Reroof Aransas Princess Condos
       720 Beach Access Road 1-A, Port Aransas, Texas 78373

Bid Includes labor, materials, and equipment to complete the following items of work:

| Description | Quantity | Units | Unit Cost | Total |
|---|---|---|---|---|
| **General Conditions** | | | | |
| Dumpsters & Disposal | 20 | pull | $1,500.00 | $30,000.00 |
| 42' 8000lb Fork Lift | 8 | months | $4,500.00 | $36,000.00 |
| Portable Toilets (2) - over 10 workers | 8 | months | $425.00 | $3,400.00 |
| Off Site Storage Warehouse (Port Aransas) | 8 | months | $350.00 | $2,800.00 |
| OSHA - Safety rails & PPE | 8 | months | $750.00 | $6,000.00 |
| Crane (220') & Operator and Rigger | 30 | days | $7,500.00 | $225,000.00 |
| Detour Railing and Pedestrian Walkways | 8 | months | $500.00 | $4,000.00 |
| OSHA - Safety Consultant (required) | 8 | months | $800.00 | $6,400.00 |
| OSHA - Eye Wash Station (one required) | 8 | months | $175.00 | $1,400.00 |
| Fuel & Misc. | 8 | months | $1,200.00 | $9,600.00 |
| Warranty (20-year NDL) | 350 | squares | $15.00 | $5,250.00 |
| **Total for General Conditions** | | | | **$329,850.00** |
| **Low Slope TPO Roofs** | | | | |
| Remove two layers of roof down to concrete deck | 350 | squares | $350.00 | $122,500.00 |

(one layer PVC & one layer Tar & Gravel B/U)

| | | | | |
|---|---|---|---|---|
| Provide and install (R-25) Iso board insulation & 1/4" per foot tapered insulation & one layer 1/2" secure rock with low rise adhesive. | 350 | squares | $1,050.00 | $367,500.00 |
| Provide and install 80mil TPO roof assembly & accessories as per manufacturers guidelines for a 20-year NDL warranty (fully adhered) | 350 | squares | $1,475.00 | $516,250.00 |
| Remove and replace existing drains with new roof drains with required size (tied into existing) | 10 | each | $3,600.00 | $36,000.00 |
| Remove and replace wall flashing and reglet | 2,000 | lin ft | $7.50 | $15,000.00 |
| Remove and replace pipe pockets at roof screen & Roof top unit stands | 350 | each | $125.00 | $43,750.00 |
| Provide and install wood blocking and runners where required | 390 | lin. ft. | $10.00 | $3,900.00 |
| Provide and install RTU curb extenders as required | 6 | lin. ft. | $4,000.00 | $24,000.00 |
| Remove and replace roof vents and pipe boots with new | 30 | lin. ft. | $125.00 | $3,750.00 |
| Remove and replace Standing Seam copper roof over stairwells | 12 | squares | $1,500.00 | $18,000.00 |
| Patch damaged roof panels at pavillion | 1 | each | $2,500.00 | $2,500.00 |
| **Total for TPO Roofs** | | | | **$1,153,150.00** |
| **Total for General Conditions and TPO Roof** | | | | **$1,483,000.00** |
| **Grand Total for Roof** | | | | **$1,483,000.00** |

**Contingency**

| | | | | |
|---|---|---|---|---|
| Exterior & Unforseen damages - 15% | 1 | each | $172,972.50 | $172,972.50 |
| **Total of Contingencies** | | | | **$172,972.50** |
| **Grand Total** | | | | **$1,655,972.50** |

517 Ronson Drive
Corpus Christi, Texas 78412

Phone 361-548-6462

E-mail: mtkrismer@hotmail.com

# Mike Krismer, CIEC

**Summary of qualifications**

- Over 25 years of experience in structural repair and building renovation of both residential and commercial buildings. Primary focus has been water damage as it relates to the building envelope and structure.
- Inspected and/or investigated over 3000 residential structures for water damage and/or structural problems.
- Inspected and/or tested over 1000 homes for plumbing related problems.
- Performed environmental assessments of structures with Indoor Air Quality and/or mold/fungi related problems.
- Served as a testifying expert in trial, deposition, arbitration and/or mediation, in over 500-water damage related claims.
- Extensive experience in the identification of building defects including water damage, mold/fungi and methods of repair.
- Extensive experience in performing forensic investigations to determine the causes of foundation movement and water damage in residential and commercial structures. Including, soil samples, elevations, and plumbing investigations, crawl space inspections, environmental assessments, HVAC related problems and water intrusion issues.
- Extensive experience in the methods of repair for foundation failures; has consulted with architects, engineers, municipalities and others in the design ideas to restore foundations and structures to an acceptable structural condition.
- Council-certified Indoor Environmental Consultant with a working knowledge of Indoor Air Quality issues and the building envelope.
- Texas licensed Mold Assessment Consultant supervised and/or authored remediation plans for homes and commercial buildings contaminated with mold.
- HERS Certified Rater experience rating homes.
- Blower door testing.

**Education and Certifications**

1970 – 1972         Mankato State University, Mankato, Minnesota
- Science Major

1972 - 1976      University of Texas, Austin, Texas
- Science Major

*CIEC - Council-certified Indoor Environmental Consultant™*
Board-awarded by the American Council for Accredited Certification

*Texas Department of State Health Services*
Mold Assessment Consultant - License Number MAC0139 – Expires 12/05/2020

Past - HERS Certified Rater

Certified RESNET Green Rater

**Professional experience**

2014 – Present          *BDIR Services*
- Third party verification of building enclosures for energy code compliance.
- Blower Door testing and evaluation of existing structures.

1994 – Present          *Krismer Consulting*, Corpus Christi, Texas
- Forensic investigations into water damage and structural problems.
- Indoor air quality issues.
- Environmental assessments.
- Mold remediation protocols and supervision.
- HERS Certified Rater

1991 - 2000          *Leak Locators*, Corpus Christi, Texas
- Identification of plumbing problems and location of leaks in both commercial and residential buildings.  Consulting services.

1988 - 1994          *Krismer Foundation Repair*, Corpus Christi, Texas
- All phases of structural repair, including commercial, residential, pier and beam and slab structures.
- Consulting services, including scope of damages from water damage claims.

1982 - 1988          *South Texas Foundation Repair*, Corpus Christi, Texas
- All phases of structural repair, including commercial, residential, pier and beam and slab structures.

1979 - 1984          *Krismer Construction*, Corpus Christi, Texas
- Specialized in conversion of residential and multi-dwelling structures into commercial property.

**Professional affiliations**

ASHRAE & Indoor Air Quality Association - American Society of Heating, Refrigeration and Air-Conditioning Engineers
ICC – International Code Council
Air Barrier Association

**Publications**

H.W. Holder, Michael Larranaga, Patrick Smith, Edgar A. Stacy, Mike Krismer; "Calculating Dew-Point Design for DOAS," *ASHRAE Journal*, December 2015.

**List of Cases:**  Mike Krismer has testified (*by deposition or trial testimony*) in the following cases within the last 4 years (*or thereabouts*):

| | |
|---|---|
| **Cause No**: | *11-11-26973-MCVAJA 35th Judicial District Maverick County, Texas* |
| **Style of Case:** | Maverick Lodging, Inc v. American Hallmark Insurance of Texas, Effective Claims Management Inc. Shield of Texas Claim Service, Unc. And Justin Shields |
| **Cause No**: | *2012-29794 in the 18th Judicial District Court, Harris County, Texas* |
| **Style of Case:** | Kenneth and Christina Bohannon v. KB Home Lone Star, Inc. |
| **Cause No**: | *2009-06-3504-C in the 197th Judicial District Court of Cameron County, Texas* |
| **Style of Case:** | Beldon Roofing Company v. Sunchase IV Homeowners Association, Inc. |
| **Cause No**: | *22012- 47654 in the 190th District Court of Harris County, Texas* |
| **Style of Case:** | GPM Houston Properties, LTD., et al v. Fireman's Fund Insurance Company |
| **Cause No**: | *C-2489-11-E in the 275th District Court of Hidalgo County, Texas* |
| **Style of Case:** | La Joya Independent School District RE: Enrique Camarena School Elementary v. Joe Williamson Construction Company, Inc. |
| **Cause No**: | *2011-CI-01801 in the 57th District Court, Bexar County, Texas* |
| **Style of Case:** | Barcelona Lofts, LLC v. Urban Concrete Contractors, Ltd. Association, Inc. |
| **Cause No**: | *C-2489-11-E2 in the 275th District Court of Hidalgo County, Texas* |
| **Style of Case:** | La Joya Independent School District RE: Seguin Elementary School v. Joe Williamson Construction Company, Inc. |
| **Cause No**: | *C-2012-CI-03973 in the 332nd Judicial District Court of Hidalgo County, Texas* |
| **Style of Case:** | La Joya Independent School District RE: Paredes Schools vs. Descon Construction, L.P. |
| **Cause No**: | *C-248-11-F in the 225th District Court of Bexar County, Texas* |
| **Style of Case:** | Gerardo Zavala, MD v. Texas Farmers Insurance Company and Mike Gardner |
| **Cause No:** | *C-2488-12-B 93rd Judicial District Court of Hidalgo County* |

**Style of Case:**   Pharr-San Juan-Alamo Independent School District, Dr. William Long Elementary School vs. LANDMARK ORGANIZATION, L.P. TAG INTERNATIONAL, L.L.P.; LUIS CRUZ ARCHITECTS, INC.; R. GUTIERREZ ENGINEERING CORPORATION; HINOJOSA ENGINEERING, INC.; HALFF ASSOCIATES, INC.; AL CARDENAS MASONRY, INC.; CTO, INC.; EL JARDIN LANDSCAPING AND SPRINKLERS CO.; ARC-AIR MECHANICAL, L.L.C.; GIGNAC PROPERTIES MANAGEMENT, L.L.C. SHW GROUP, L.L.P.; F/K/A SHW GROUP, INC. D/B/A GIGNAC/SHW GROUP, INC.; EBERLE MATERIALS INC.; SECHRIST-HALL COMPANY VELASCO CONSTRUCTION, INC.; BOWMAN DISTRIBUTING COMPANY, INC.; AND RAMOS GLASS SERVICE

**Cause No:**   2012DCV07270 - 384th *Judicial District Court of El Paso County*
**Style of Case:**   Bond Memorial United Methodist Church, et al., and The Town of Clint, Texas vs Red Cliff, Inc. et al.

**Cause No:**   DC-12-352 - 229th *Judicial District Court of Duval County*
**Style of Case:**   Freer Independent School District vs Fulton Construction/Coastcon Corp, a Joint Venture, et al

**Cause No:**   DC-10-417 – 381st *Judicial District Court of Starr County*
**Style of Case:**   Roma Independent School District vs Ewing Construction Company, Inc et al. and Rike Ogden Figueroa Allex Architects, Inc. et al

**Cause No:**   DC-14-46 - 229th *Judicial District Court of Starr County*
**Style of Case:**   Rio Grande City Consolidated Independent School District vs Descon Construction, L.P.

**Cause No:**   *C-2486-12-B 93rd Judicial District Court of Hidalgo County*

**Style of Case:**   Pharr-San Juan-Alamo Independent School District, Augusto Guerra Elementary School vs. Landmark Organization, LP. ET AL

**Cause No:**   2012-CI-14254 *73rd Judicial District Court of Bexar County*
**Style of Case:**   Harlandale Independent School District v. Trane America LLC, American Standard, Inc, dba The Trane Company

**Cause No:**   2013-CCV-61926-1 County Court at Law #1 Nueces County, Texas
**Style of Case:**   William A. Gregorcyk and Glemda R. Gregorcyk vs. Dennie L. Gunter individually and d.b.a. Cottonwood Creek and/or d/b/a C.W.C. Enterprise; and Contractor's Glass Products, Inc.

| | |
|---|---|
| **Cause No:** | 2014-DCL-01790-A District Court of Cameron County, Texas 107th Judicial District |
| **Style of Case:** | The Catholic Diocese of Brownsville / St Pius X Catholic Church vs. DK III Hornback R.F.D., Inc. |
| | |
| **Cause No:** | Arbitration Proceeding Before American Arbitration Association Case No. 01 15 0004 7068 |
| **Style of Case:** | Alice ISD, vs. Don Krueger Construction Co., Et AL |
| | |
| **Cause No:** | C-3146-12-F District Court of 332nd Judicial District Hidalgo County, Texas |
| **Style of Case:** | La Joya Independent School District RE: Saenz School vs. Descon Construction, L.P. |
| | |
| **Cause No:** | 2014-DLC-04719-B District Court of Cameron County, Texas 138th Judicial District |
| **Style of Case:** | Jane Lagerstrom and Robert John Lagerstrom, Jr. v. Mike Richardson and Elizabeth Richardson, |
| | |
| **Cause No:** | C-3148-12-F District Court of 332nd Judicial District Hidalgo County, Texas |
| **Style of Case:** | La Joya Independent School District RE: Clinton Elementary School vs. Descon Construction, L.P. |
| | |
| **Cause No:** | C-2489-11-E-1 District Court 275th Judicial District Hidalgo County, Texas |
| **Style of Case:** | La Joya Independent School District (Corina Pena Elementary School vs. Joe Williamson Construction, |
| | |
| **Cause No:** | 2012-CI-14254 45th *Judicial District Court of Bexar County* |
| **Style of Case:** | Edgewood Independent School District (Roosevelt), vs Koontz/McCombs Construction, LTD. |
| | |
| **Cause No:** | 2014CI15241 73rd *Judicial District Court of Bexar County* |
| **Style of Case:** | Harlandale Independent School District v. Trane America LLC, American Standard, Inc, dba The Trane Company |
| | |
| **Cause No:** | C-1269-16-B District Court 93rd Judicial District Hidalgo County, Texas |
| **Style of Case:** | **VCC, LLC,** Plaintiff vs. Pharr – Can Juan – Alamo ISD, Defendant |
| | |
| **Cause No:** | 2015CCV-6070-3 – County Civil Court Law Number (3) Nueces County, Texas229th |
| **Style of Case:** | Bishop Consolidated ISD v. Barcom Commercial and Barcom Construction, Inc. |

| | |
|---|---|
| **Cause No:** | 12-CV-0041-S Circuit Court of Amite County, Mississippi |
| **Style of Case:** | Green Tree Servicing, LLC Successor by merger to Walter Mortgage Company, LLC Plaintiff v. Roshonda Howard Addision and Harry Howard Defendants |
| | |
| **Cause No:** | 2015-DCV-4131-A In Arbitration Before J. Scott McLain Pursuant to Reference of 28th District Court Nueces County, Texas |
| **Style of Case:** | Patrick Nye and Julie Nye, V. Bodine-Scott Air Conditioning & Plumbing Company, A.C. Distribution, Inc., C.A. Finishing Touches Construction, LLC and Green Element, L.L.C. |
| | |
| **Cause No:** | 2014- DCV-61385-4 County Court at Law #4 Nueces County, Texas |
| **Style of Case:** | Daniel Cook and Camille Cook vs. McNatt, Inc. Air Conditioning and Heating, South Texas Insulators, LLC, and R.D.H.S., Inc. |
| | |
| **Cause No:** | D14-23145-CV District Court of Navarro County, Texas 13th Judicial District |
| **Style of Case:** | Corsicana Intendent School District v. Charter Builders, et al. |
| | |
| **Cause No:** | 2015DCV-3732-H District Court  347th Judicial District Nueces County, Texas |
| **Style of Case:** | TLC Construction, LLC v. Javier Deleon, D/B/S Five Star Roofing Company |
| | |
| **Cause No:** | American Arbitration Association 01-16-0002-8922 |
| **Style of Case:** | City of Edinburg (RE: Dustin Sekula Memorial Liabrary) vs. Descon Construction, L.P. et all |
| | |
| **Cause No:** | Private Arbitration before W. Jerry Hoover, Esq. |
| **Style of Case:** | MJ Development Corporation and XCELL Orthopedics Institute of Sport Performance and Rehabilitation and RGV Advantech Construction, Inc., Excelsior Air Conditioning & Refrigeration, LLC,  Alvaro Torres D/B/A Torres Electric, and Constantino |
| | |
| **Cause No:** | **C-6817-14-A-3** District Court of Hidalgo County, Texas – 92nd Judicial District **AAA Case No. 01-16-0002-8920** |
| **Style of Case:** | City of Edinburg (City Hall), Plaintiff Vs. Enriquez Enterprises, Inc and TAG International LLP, et al; Defendants |
| | |
| **Cause No:** | **DC-15-501** District Court of Starr County, Texas – 381st Judicial District |
| **Style of Case:** | Rio Grande City Consolidated Independent School District; Plaintiff Vs. Leyendecker Construction, Inc.; Defendant |

| | |
|---|---|
| **Cause No:** | **2016DCV-3859-B** District Court of Nueces County, Texas – 117th Judicial District |
| **Style of Case:** | Calallen Independent School District; Plaintiff Vs. Marshall Company, LTD, et al; Defendant |
| | |
| **Cause No:** | **DC-16-59** District Court of Starr County, Texas – 381st Judicial District |
| **Style of Case:** | Rio Grande City Consolidated Independent School District; Plaintiff Vs. Skanska USA Building, Inc., and RGV Alliance Construction, LLC.; Defendant |
| | |
| **Cause No:** | **C-4081-15-F -** District Court of Hidalgo County, Texas – 332nd Judicial District |
| **Style of Case:** | PHARR-San Juan-Alamo Independent School District SGT. Trevino Elementary School Vs. JDS Construction; Defendant |
| | |
| **Cause No:** | **C-5730-16-F -** District Court of Hidalgo County, Texas – 332nd Judicial District |
| **Style of Case:** | Hidalgo County Vs. Descon Construction, L.P. |

# ALONZO GARZA

SUMMARY OF QUALIFICATIONS

- Aggressive result-oriented Project & Construction Manager with 20-years extensive experience in all phases of architecture, building design, and roofing construction services.

- Extensive technical knowledge and experience of commercial and residential roof system design, installation, and detailing.

- Extensive technical knowledge of construction techniques, building code studies, TDLR / ADA requirements, coordination of extensive plumbing, mechanical, refrigeration, and electrical systems, and construction detailing.

- Reputation for ability, integrity, and exceptional customer service.

- Proven leadership ability as a Building Official and Project & Construction Manager, responsible for the coordination of production staff, consultants, and construction observation, inspections, and administration duties.

- Excellent communication skills with demonstrated ability to build and maintain effective professional relationships.

- Bilingual – Fluent in English and Spanish

- Involved in the construction industry, for over 30 years, as Building Official and Plans Examiner for the City of Corpus Christi, Texas, Project Manager for two architectural firms in Corpus Christi, Texas, and as a foreman and project manager for two large roofing & construction firms in Corpus Christi and Lubbock, TX.

PROFESSIONAL EXPERIENCE

Project & Construction Manager / Roof Construction Inspections and Surveys
*Baldwin Roofing Company, Inc., January 2014 – Present*

- Responsible for the supervision of management of team members and sub-contractors for the successful and timely installation of commercial, industrial and residential roof systems.
- Responsible for compliance of projects, and the training of staff member, of safety standards and OSHA regulations.
- Responsible for the coordination with General Contractors and Owners of commercial and residential projects.
- Responsible for estimating & bidding, and maintaining construction budget for each project awarded.
- Perform third party roof inspections and roof surveys on Commercial and Residential structures and created written reports documenting construction deficiencies, weather related damages, and conclusions.

5338 Cain Drive,  Corpus Christi, Texas 78411
Phone: 361.563.1868   Fax: 361.888.8087
Email:  garzaalonzo@aol.com

Project & Construction Manager
*Progressive Roof Services, Inc., Lubbock, Texas, April 2008 - 2013*

- Responsible for the supervision of management of team members and sub-contractors for the successful and timely installation of commercial, industrial and residential roof systems.
- Responsible for compliance of projects, and the training of staff member, of safety standards and OSHA regulations.
- Responsible for the coordination with General Contractors and Owners of commercial and residential projects.
- Responsible for estimating & bidding, and maintaining construction budget for each project awarded.

Building Official
*City of Corpus Christi, Texas, February 2005 – April 2008*

- Designated by the City Manager to administer, and enforce the Technical Construction Codes for the City of Corpus Christi.
- Responsible for the supervision of management of staff within the building department of Development Services including executive assistants, permit clerks, plans examiners, building inspectors, plumbing/mechanical inspectors, back flow inspectors, and electrical inspectors.
- Responsible for issuing a Certificate of Occupancy, for the building or structure, upon compliance of the Technical Construction Codes and State requirements.
- Responsible for the denial of building permits and rejection of construction not in compliance with the Technical Construction Codes and State requirements.
- Designated as the Flood Plain Manager for the city and responsible for administration of the City of Corpus Christi Flood Hazard Prevention Code.
- Responsible for the documenting and maintaining permit and inspection records for the City of Corpus Christi.
- Liaison for Development Services Department on the Committee of Person with Disabilities.

Plans Examiner Coordinator & Chief Building Inspector
*City of Corpus Christi, Texas, November 2003 – February 2005*

- Designated by the Building Official to review, administer, and enforce the Technical Construction Codes.
- Responsible for the supervision of (4) four plans examiners and overseeing the review and issuance of building permits being applied for by applicants.
- Responsible for the supervision of (4) four building inspectors and overseeing the inspection of buildings for compliance with the Technical Construction Codes.
- Responsible for the documenting and maintaining plan review comments and inspection records for the City of Corpus Christi

Plans Examiner II
*City of Corpus Christi, Texas, February 2003 – November 2003*

- Involved in the Building Permit Process for Residential and Commercial Construction throughout the City of Corpus Christi.

5338 Cain Drive,  Corpus Christi, Texas 78411
Phone: 361.563.1868    Fax: 361.888.8087
Email:  garzaalonzo@aol.com

- Responsible for reviewing, residential and commercial construction, plans for compliance with the building codes.
- Responsible for issuing Building Permits for residential and commercial construction throughout the City of Corpus Christi.

Project Manager
*Chuck Anastos Associates, Inc., December 1999 – February 2003*

- Involved in the design and production of all projects.
- Responsible for building code and TDLR/ADA compliance of all projects.
- Involved in the coordination of Mechanical, Electrical, Plumbing, Refrigeration, and Structural systems, for all projects.
- Involved in the construction administration of all projects.

Job Captain
*Pender Architects, Inc., January 1996 – December 1999*

- Involved in the design and production of many HEB projects ranging from small remodels, FDA upgrades and new construction projects.
- Involved in the coordination of Mechanical, Electrical, Plumbing, Refrigeration, and Structural systems, for all projects.
- Involved in the construction administration of all projects.

Project Manager
*Progressive Roof Services, Inc., July 1989 – December 1995*

- Responsible for the successful and timely installation of commercial, industrial and residential roof systems.
- Responsible for the supervision and management of twelve employees.
- Responsible for the management of several roofing projects concurrently.

Foreman
*Baldwin Roofing Company, Inc., June 1984 – July 1989*

- Responsible for the successful and timely installation of commercial, industrial and residential roof systems.
- Responsible for the supervision and management of six-man crew.

PROFESSIONAL ASSOCIATIONS

- Associate Member, America Institute of Architects.
- Associate Member, Texas Society of Architects.
- Member, RCI, Inc.

EDUCATION

- Bachelor of Architecture, Texas Tech University, 1995
- Applied Science Degree in Architectural Technology, Del Mar College, 1989

References and additional professional and project experience summaries are available upon request.

**List of Cases:**     Alonzo Garza has testified (*by deposition or trial testimony*) in the
following cases within the last 4 years:

| | |
|---|---|
| **Cause No:** | C-3146-12-F District Court of 332nd Judicial District Hidalgo County, Texas |
| **Style of Case:** | La Joya Independent School District RE: Saenz School vs. Descon Construction, L.P. |
| | |
| **Cause No:** | **C-5730-16-F -** District Court of Hidalgo County, Texas – 332nd Judicial District |
| **Style of Case:** | Hidalgo County Vs. Descon Construction, L.P. |