EXHIBIT D

# ECONOMIC CONSULTING

Since 1985

PO Box 2685
Corpus Christi, Texas 78403

615 N. Upper Broadway, Suite 1600
Corpus Christi, Texas 78401
www.economicconsulting.com
Tel. 361.883.1686

Senior Economist
Stephen M. Horner, PhD
smh@economicconsulting.com

Associate Economist
Michele Angerstein-Gaines, MBA
mda@economicconsulting.com

March 1, 2019

Mr. William J. Chriss, J.D., Ph.D.
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78401

RE:   Civil No. 2:18-CV-341; Aransas Princess Condominium Association, Inc. v. Landmark American Insurance Company; in the United States District Court, Southern District of Texas, Corpus Christi Division

Dear Mr. Chriss,

You requested that I prepare a report in this case, providing an analysis of lost business income incurred by property owners participating in the Aransas Princess Resort pool resulting from Hurricane Harvey, which hit the Texas coast in late August 2017. The business income losses included herein are intended to be consistent with Endorsement No. 1 to policy no. LHD900512 ("the endorsement"). This letter-report is based on the materials provided by you, and listed in Exhibit A. I have enlisted the help of Keith A. Adamson, CPA in the analysis of the documents and information and he has indicated by his signature his concurrence with the opinions expressed in this report.

Spreadsheets of rental income and operating income for the condominiums that participated in the rental pool were provided by Mr. Casey Patterson, Business Management Solutions & Technology Specialist at Condominium Consulting Management Services, Inc. ("CCMS"). These spreadsheets were reviewed by the undersigned and were extended and modified by Mr. Patterson at our direction. We have made further modifications to the CCMS spreadsheets, which have been printed and attached to this report. In addition, we have reviewed spreadsheets prepared by insurance company adjustors ("HSNO") with the thought that these would be useful starting points. Unfortunately, the HSNO spreadsheets were incomplete, inconsistent with the endorsement, and contained logical errors. Thus, they were of very limited usefulness.

As you are aware, not all the condominiums in the rental pool have been fully repaired since the storm and continue to lose rental income, and thus the losses continue through the present. According to Ms. Athena Cruz, Office Manager at the Aransas Princess, repairs to units 403, 508 will be complete as of May 1, 2019, and 706 will be complete in April 1, 2019. Thus, our loss projections will terminate as of the end of April 2019. Ms. Cruz indicated that unit 705

withdrew from the pool on November 10, 2018, and thus losses from that unit are assumed to terminate on that date.

The rental and fee income lost due to the storm through April 30, 2019 are estimated to be $751,454.89.

The following assumptions were made in the preparation of the estimated losses:

1. Lost rental income is assumed to begin August 25, 2017, but there is a 10-day waiting period before losses can be claimed under the policy.  Seven days would have been in August and 3 in September 2017.  Thus, the calculations begin with September 2017.  Losses in September 2017 are reduced by 10% (3/30) in September, in accordance with the waiting period provided in the insurance policy.
2. Lost rental income for each month for each unit is assumed to be 100% of that unit's average monthly rental income for the twelve months August 2017, in accordance with the provisions of the endorsement.
3. Lost rental income is assumed to terminate from the first month in which any rental income is booked for that unit, except for two units (111 and 608) in April 2018 which were rented to contractors who were working on the building, but were not rentable to the public.  (The rental income from the contractors, totaling $920, was subtracted from the estimated lost rental income for these units.)
4. Other income averaged 17.36% of rental income in the 12 months prior to August 2017.  This ratio is assumed to apply to the lost rental income.

Upon receipt of additional information, this report will be supplemented as may be appropriate at the time.

Sincerely,

*[signature: Stephen Horner]*

Stephen M. Horner, Ph.D.

*[signature: Keith A. Adamson]*

Keith A. Adamson, CPA


Attachments:
    Exhibit A, List of Records Provided
    Calculations
    Curriculum vitae for Stephen M. Horner, Ph.D.
    Fee schedule for Stephen M. Horner, Ph.D.
    List of testimony given in the last 4 years for Stephen M. Horner, Ph.D.
    Curriculum vitae for Keith A. Adamson, CPA
    Fee schedule for Keith A. Adamson, CPA
    Mr. Adamson has no testimony given in the last 4 years

Exhibit A

Records Provided:

    Plaintiff's Original Petition and Requests for Disclosure

    Landmark Insurance Policy LHD900512

    Endorsement No. 1 to Landmark Insurance Policy LHD900512

    Final demand letter William J. Chriss to Landmark, June 20, 2018

    Aransas Princess Financial Statements 2017, 2017, 2018

    Defendant's Original Answer 10/12/2018

    Calculation spreadsheet prepared by Casey Patterson

    HNSO Calculation Spreadsheet

    Conferences with Casey Patterson,

    Telephone conference with Athena Cruz, Aransas Princess Office Manager

    Telephone conference with Steve Towler, Aransas Princess Maintenance Supervisor

Aransas Princess Condominium Association
Loss Revenue from August 25, 2017 through April 30, 2019
**Prepared by S.Horner, PhD & KAdamson, CPA**

| Description | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Rental Revenue (1) | $ 65,408.70 | $ 65,408.70 | $ 65,408.70 | $ 65,408.70 | $ 65,408.70 | $ 65,408.70 | $ 65,408.70 | $ 62,026.53 | $ 28,008.31 | $ 21,931.84 | $ 569,827.58 |
| Actual Rental Revenue (1) | - | - | - | - | - | - | - | - | - | - | - |
| Lost Rental Revenue | 65,408.70 | 65,408.70 | 65,408.70 | 65,408.70 | 65,408.70 | 65,408.70 | 65,408.70 | 62,026.53 | 28,008.31 | 21,931.84 | 569,827.58 |
| Lost Other Revenue @ 17.36% | 11,355.27 | 11,355.27 | 11,355.27 | 11,355.27 | 11,355.27 | 11,355.27 | 11,355.27 | 10,768.11 | 4,862.38 | 3,807.47 | 98,924.87 |
| Total Lost Revenue | 76,763.97 | 76,763.97 | 76,763.97 | 76,763.97 | 76,763.97 | 76,763.97 | 76,763.97 | 72,794.65 | 32,870.69 | 25,739.31 | 668,752.45 |
| Business Interruption Loss | $ 76,763.97 | $ 76,763.97 | $ 76,763.97 | $ 76,763.97 | $ 76,763.97 | $ 76,763.97 | $ 76,763.97 | $ 72,794.65 | $ 32,870.69 | $ 25,739.31 | $ 668,752.45 |
| Adjusted for Waiting Period | $ - | $ 69,087.57 | $ 76,763.97 | $ 76,763.97 | $ 76,763.97 | $ 76,763.97 | $ 76,763.97 | $ 72,794.65 | $ 32,870.69 | $ 25,739.31 | $ 584,312.08 |

NOTES:
(1) Represents only those units which are not ready for rental.

| Description | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | Sept17-Apr19 Total All | Less Aug'17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Rental Revenue (1) | $ 21,931.84 | $ 19,608.94 | $ 19,608.94 | $ 19,608.94 | $ 14,024.44 | $ 8,871.33 | $ 7,752.77 | $ 7,752.77 | $ 7,752.77 | $ 7,752.77 | $ 7,752.77 | $ 712,245.87 | $ 646,837.17 |
| Actual Rental Revenue (1) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lost Rental Revenue | 21,931.84 | 19,608.94 | 19,608.94 | 19,608.94 | 14,024.44 | 8,871.33 | 7,752.77 | 7,752.77 | 7,752.77 | 7,752.77 | 7,752.77 | $ 712,245.87 | $ 646,837.17 |
| Lost Other Revenue @ 17.36% | 3,807.47 | 3,404.21 | 3,404.21 | 3,404.21 | 2,434.71 | 1,540.11 | 1,345.92 | 1,345.92 | 1,345.92 | 1,345.92 | 1,345.92 | $ 123,649.38 | $ 112,294.11 |
| Total Lost Revenue | 25,739.31 | 23,013.15 | 23,013.15 | 23,013.15 | 16,459.15 | 10,411.44 | 9,098.69 | 9,098.69 | 9,098.69 | 9,098.69 | 9,098.69 | $ 835,895.26 | $ 759,131.29 |
| Business Interruption Loss | $ 25,739.31 | $ 23,013.15 | $ 23,013.15 | $ 23,013.15 | $ 16,459.15 | $ 10,411.44 | $ 9,098.69 | $ 9,098.69 | $ 9,098.69 | $ 9,098.69 | $ 9,098.69 | $ 835,895.26 | $ 759,131.29 |
| Adjusted for Waiting Period | $ 25,739.31 | $ 23,013.15 | $ 23,013.15 | $ 23,013.15 | $ 16,459.15 | $ 10,411.44 | $ 9,098.69 | $ 9,098.69 | $ 9,098.69 | $ 9,098.69 | $ 9,098.69 | $ 751,454.89 | $ 751,454.89 |

NOTES:
(1) Represents only those units which are not ready for rental.

S<span style="font-variant:small-caps">tephen</span> M. H<span style="font-variant:small-caps">orner</span>, P<span style="font-variant:small-caps">h</span>.D.
*Economic, Business & Statistical Consulting*
Since 1985
P.O. Box 2685
Corpus Christi, Texas 78403
(361) 883-1686
www.economicconsulting.com

*CURRICULUM VITAE*

EDUCATION

Ph.D., Economics, The University of Michigan, Ann Arbor, Michigan, 1977
M.P.P., Public Policy Studies, The University of Michigan, Ann Arbor, Michigan, 1973
B.Sc., Economics, California Institute of Technology, Pasadena, California, 1970
Graduated, W.B. Ray High School, Corpus Christi, Texas, 1966

CONSULTING

| | |
|---|---|
| 2005-2006 | Port of Corpus Christi Authority (with Emerson Technical Analysis) |
| 1985-Present | General Economic, Business and Statistical Consulting, Various Defense and Plaintiff's Attorneys; Personal Injury and Commercial Damage Economic Evaluation (over 2,500 cases) |
| 1987 | Corpus Christi Warehouse and Storage, Corpus Christi, Texas; Lease Negotiation Support |
| 1985 | Susser Petroleum Corporation, Apache Fuels, Corpus Christi, Texas |
| 1978 | Urban Systems, Inc., Cambridge, Massachusetts |
| 1976 | City of Ann Arbor Cablecasting Commission, Ann Arbor, Michigan |

EMPLOYMENT

| | |
|---|---|
| 1999 | Adjunct Professor of Economics, Texas A&M University, Corpus Christi, Texas |
| 1979-1989 | Executive Vice President, Oil Field Equipment Co., Corpus Christi, Texas |
| 1977-1979 | Assistant Professor of Economics, Wellesley College, Wellesley, MA |
| 1976-1977 | Lecturer in Economics, Wellesley College, Wellesley, MA |
| 1975 | Lecturer, School of Public Health, The University of Michigan, Ann Arbor, MI |
| 1974-1975 | Teaching Assistant, School of Public Health, The University of Michigan, Ann Arbor, Michigan |
| 1972-1975 | Research Assistant, The Institute of Public Policy Studies, The University of Michigan, Ann Arbor, Michigan |
| 1971 | Teaching Assistant, Industrial Engineering, School of Engineering, The University of Michigan, Ann Arbor, Michigan |
| 1970-1971 | Special Administrative Assistant to the Chairman of the Board, International Business Machines Corporation, IBM Internship Program, Armonk, New York |

PROFESSIONAL ASSOCIATIONS

National Association of Forensic Economics, (President 2003-2005, Western Vice-President, 1992 - 1996) and *Journal of Forensic Economics*, (Board of Editors, 1996-2000)

*Journal of Business Valuation and Economic Loss Analysis*, (Board of Editors, 2009-present)

American Academy of Economic and Financial Experts

American Economic Association

American Statistical Association

Western Economic Association International


PUBLICATIONS

"The Meaning of Earning Capacity," with Frank Slesnick, Chapter 2 in *Forensic Economics: Assessing Personal Damages in Civil Litigation*, Frank Tinari, editor; New York: Palgrave Macmillan, 2016

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of Texas," in *Journal of Forensic Economics,* 2007, 20(1), 49-71. (published February 2008)

"The Valuation of Earning Capacity:  Definition, Measurement and Evidence," with Frank Slesnick, in *Journal of Forensic Economics,* 1999, 12(1), 13-32.  Reprinted in Roger Kaufman, James D. Rodgers, and Gerald Martin, *Economic Foundations of Injury and Death Damages,* Northampton, MA: Edward Elgar, 2005. This paper was awarded the *Journal of Forensic Economics* Ward Piette Research Prize, 2014.

"Reference Guide for Valuing Economic Loss in Personal Injury, Wrongful Death and Survival Actions," with Thomas R. Ireland and James D. Rodgers, in *Expert Economic Testimony: Reference Guides for Judges and Attorneys*, by Thomas R. Ireland, Stephen M. Horner, James D. Rodgers, Patrick A. Gaughan, Robert R. Trout and Michael J. Piette.  Tucson, AZ: Lawyers & Judges Publishing Company, 1998.  (Reissued in 2002 on CD)

Review of Gamboa, Jr., A. M. (1995): *The New Worklife Expectancy Tables*, in *Journal of Applied Rehabilitation Counseling,* Volume 27, Number 3, Fall 1996, page 67

**Keith A. Adamson, CPA, CGMA**
Adamson & Company
4101 S. Alameda
Corpus Christi, Texas 78411
[kaadamson@gmail.com](kaadamson@gmail.com)
361-815-0977

Independent accountant and consultant since 1990 focusing on clients in the healthcare and construction industries.

Positions held during career include:

Chief Financial Officer for $73 million commercial design/build construction company with offices in Corpus Christi, Houston and Harlingen, Texas.   During the first year conducted audit for a $32 million construction project saving client company in excess of $750,000 in sales tax.

Director of Internal Audit for not-for-profit health care system covering 5 hospitals in Texas.  Developed, implemented and directed successful internal audit function for major health system where none existed before.  Recovered entire department's budget in first two months of each year.  Developed innovative medical bill recovery system increasing patient revenue by an average of 7% while at the same time educating staff on deficiencies effecting a change in the health system's billing practices.  Conducted financial, operational, and compliance audits throughout the system and its subsidiaries resulting in significant savings and recoveries.

Audit Supervisor for national energy provider.  Promoted to Senior Auditor within first year of employment and then to Audit Supervisor soon after.  Performed various audits throughout the Corporation including financial, compliance and operational audits.  Uncovered major embezzlement scheme within the organization.  Was responsible for coordinating and overseeing the company's first customer refund program.   Lead auditor for multi-company audit of South Texas Nuclear Project and for Valero Energy.   Chief of finance committee recommending the method for the phasing in project costs of South Texas Nuclear Project into their customer rate base.

Chief Administrative Officer for major law firm with offices in San Antonio and Corpus Christi, Texas.  Responsible for all financial aspects, human resources, operations and long-range planning. [Operations, practice management, partner compensation, firm profitability.]  In first year of position saved in excess of $500,000 and recovered $212,000 in lost revenue.  Revamped Accounting Department resulting in more timely and accurate billing and financial information.  Performed operation audit of firm accounting practices result effecting more efficient operations and cost savings.  Prepared complex settlement computations.

Executive Director for OB/GYN practice in Corpus Christi, Texas.  Responsible for all financial aspects (reporting, analysis, budgeting), strategic planning, operations, human resources, information systems for mid-sized, quality oriented obstetrical and gynecological clinic.  Planned and supervised the design and construction of new clinic ensuring efficient patient and personnel flow while minimizing space requirements.  Negotiated lease terms resulting in significant cost and tax savings.  Increased clinic revenue by 45% by pursuing and implementing new growth opportunities.  Complete overhaul of business operations including the successful implementation of a new patient accounting system as well as the hiring of competent and experienced personnel.  Responsible for physician recruitment and hiring, as well as the successful set-up of their practices, including but not limited to: credentialing, insurance/managed care applications/negotiations, training and marketing.

**Education/Certifications/Organizations**

University of Texas, BA 1979
Certified Public Accountant
Texas State Board of Public Accountancy
American Institute of Certified Public Accountants
Institute of Internal Auditors
Medical Group Management Association
Association of Legal Administrators
Healthcare Internal Audit Group

American Heart Association, Treasurer
South Texas Speech Language and Hearing Center, Treasurer
Spohn Federal Credit Union, Board Member
West Corpus Christi Rotary, Treasurer
National Little League, Treasurer
OGA, Advisory Board

STEPHEN M. HORNER, PH.D.
ECONOMIC, BUSINESS & STATISTICAL CONSULTING
P.O. Box 2685
CORPUS CHRISTI, TEXAS 78403
361-883-1686
Fax: 361-883-1694

Effective January 1, 2019*

RE:  Not specified

Retainer Amount: $2,550

Note: This initial retainer amount is based on very limited information.  We reserve the right to increase the retainer amount, based on the scope and pace of work as well as the client's payment performance.  Retainer will be refunded or applied to final balance at case closure only.  Charges for professional services and expenses will be billed monthly.  The client is expected to pay monthly invoices promptly.  We reserve the right to cease work in this matter if unpaid accrued charges exceed the retainer.

Hourly Rate for Senior Economist Services

$510.00 per hour

Master's Level Economist Services:

$320.00 per hour

Other Professional Services

Additional expert services may be engaged.  Advance notice of applicable rates will be given.

Expenses:

Billed at cost

Invoice Delivery:  Invoices may be delivered via U.S. Mail or email to the client, or other specified recipient, unless otherwise agreed.

Other Conditions:  Our arrangement with the hiring attorney is not transferable without our written permission. The hiring attorney agrees to keep Stephen M. Horner, Ph.D. fully and immediately informed of every pending motion or hearing involving challenges to the presentation of Dr. Horner's opinions or analysis, including "Daubert" motions or hearings.  The hiring attorney agrees to provide a vigorous defense against such challenges.  A breach of this condition by the hiring attorney is grounds for immediate withdrawal from any and all cases involving that attorney or that attorney's law firm.

**Agreement:  The hiring attorney agrees to the above conditions and fee arrangements by paying the required retainer or submitting materials to Stephen M. Horner, Ph.D. for analysis.**

*Rates may change without notice until case is accepted and retainer is paid.  Current rates can be guaranteed for three years by paying the current retainer.

Tax I.D. Number 74-2575880

**Keith A. Adamson, CPA, CGMA**
Adamson & Company
4101 S. Alameda
Corpus Christi, Texas 78411
kaadamson@gmail.com
361-815-0977


FEE SCHEDULE:

Hourly Rate:  $240.00

| Date | Testimony | Case Number | Case Name | Attorney Name | | Court | Cause Number | Style of Case |
|---|---|---|---|---|---|---|---|---|
| 1/9/2015 | Deposition | 34054 | Caballero | Fancher | D | County Court of Law No. 2, Nueces County, Texas | 2013-CCV-60591-2 | Maria M. Caballero v. Kemco Resources, Inc., and Jose G. Cantu |
| 1/15/2015 | Deposition | 34037 | Cepeda | Bullock | D | 190th Judicial District Court of Harris County, TX | 2012-24614 | Inocente Cepeda v. Orion Marine Construction, Inc. |
| 1/20/2015 | Deposition | 34071 | Martinez | Coffey | D | County Court at Law No. 3, Nueces County, Texas | 2012-CCV-61612-3 | Alfonso Martinez Industrial Site Services |
| 1/23/2015 | Deposition | 34086 | Buday | Barousse | D | 157th Judicial District, Harris County, Texas | 2012-66571 | Richard Buday vs. CUSA KBC, LLC dba Coach America |
| 1/26/2015 | Deposition | 34003 | Arnold | Waterhouse | D | County Court at Law No. 4, Nueces County, Texas | 2012-CCV-62311-4 | Christopher Arnold v. Weatherford US, LP, and Robert Earl Sims |
| 1/28/2015 | Trial | 34069 | Draeger | Gilligan | D | US District Court, Western District, San Antonio | 13-CV-1131 | Rachel D. Draeger, Individually and as Representative of the Estate of Ernest J. Draeger, Deceased and Sandra L. Yauchzy v. The United States of America |
| 2/16/2015 | Deposition | 34078 | Vasquez | Hackett | D | 70th Judicial District Court, Ector County, Texas | A-137,359 | Maria Vasquez, Individually, as Representative of the Estate of Jose Vasquez, Jr., Deceased, and as Next Friend of Johnny Vasquez, a minor child, Jose Vasquez, III, Barbara Ceja, and Lucia Salazar v. Daniel Diaz and Tejas Hot Shot Service & Transportation, LLC |
| 2/23/2015 | Deposition | 35006 | Cantu | Dunn | D | County Court at Law No. 2, Nueces County, Texas | 2013-CCV-61995-2 | Elva Cantu v. Matthew Rodriguez, Kanon Services, LLC and Sable Exploration |
| 3/2/2015 | Deposition | 34039 | Garza | Bandas | P | 229th Judicial District Court, Jim Hogg County, Texas | CC-13-25 | Marissa Garza v. Tomas Trevino, Jr., Omar Salinas, Rodney Rodriguez, as Administrator of the Estate of Alejandro Rodriguez, Jr., and Crane Cartage, LLC, d/b/a Crane Cartage Freight Services |
| 3/9/2015 | Deposition | 34081 | Rodriguez | Hole | D | 389th Judicial District court, Hidalgo County, Texas | C-2334-12-H | Mario Rodriguez and Ludivina Iracheta, Individually and as Next Friends of Mario Isaias Rodriguez, Jr., a Minor v. Hugo F. Carvajal, MD, Texas Inpatient Pediatrics, PA, Texas Pedicare, PA, RGV Pediatric Critical Care, PA, South Texas Urgent Care, PLLC, d/b/a North Central Urgent Care and Comprehensive Urgent Care, PA |
| 3/12/2015 | Deposition | 34092 | Rodriguez | Phillips | D | County Court at Law No. 3, Nueces County, Texas | 2013-CCV-62266-3 | Adrian Rodriguez v. Kiewit Offshore Services, Ltd. |
| 5/12/2015 | Deposition | 35012 | Garcia | Book | D | 79th Judicial District Court, Jim Wells County, Texas | 13-03-52037-CV | Draco Oilfield Services, LLC; Vidal Billy Lopez, Jr.; AJ's Logistic Services, LLC, and Colton Lopez |
| 6/15/2015 | Deposition | 34027 | Guerrero | Gault | D | 44th Judicial District Court, Cameron County, Texas | 2011-DCL-4787 | Lidia Gonzalez as Next Friend of Santiago Guerrero, a minor child v. Valley Regional Medical Center, Inc. |
| 6/16/2015 | Deposition | 35022 | Pineda | James | D | 332nd Judicial District Court, Hidalgo County, TX | C-8070-14-F | Limex Sicar, Ltd. |
| 7/14/2015 | Deposition | 35020 | Virant | Friedman | D | 153rd Judicial District Court, Tarrant County, TX | 153-266960-13 | Mark Virant v. Encana Oil & Gas (USA), Inc |
| 7/15/2015 | Deposition | 34093 | Sanchez | Crews | D | County Court at Law 4, Nueces County, TX | 2014-CCV-60064-4 | Joe Sanchez v. Stripes LLC, Coca-Cola Refreshments USA, Inc., and Toya L. Zambelli |
| 8/31/2015 | Deposition | 34066 | Herrera | Baird | P | 11th Judicial District Court, Harris County, Texas | 2013-69622 | Amy Herrera vs. Home Assets, Inc. |
| 9/22/2015 | Deposition | 35031 | Ruiz | Schlak | D | County Court at Law No. 4, Nueces County, TX | 2014CCV-60825-4 | Jorge Ruiz v. Conoco Phillips Company and Jay Gloor, Individually; GE Oil & Gas Logging Services d/b/a GE Oil & Gas Wireline Services; GE Oil & Gas Logging Services, Inc., and Joe Rodriguez, Individually, and Christopher E. Carrillo |
| 11/20/2015 | Trial | 35046 | Perez | Gerber | D | 148th Judicial District Court, Nueces County, | 2014DCV-6404-E | Robert Perez v. Steven Orgas, Cat-Spec, Ltd., and Stronghold, Ltd. |
| 2/22/2016 | Deposition | 35057 | Medrano | Coffey | D | County Court at Law No. 1, Nueces County, Texas | 2011-CCV-61805-1 | Frank Medrano, Jr. and Gabriella Reyes v. Jose Rogelio Ibarra and Dorsal Services, Inc |
| 3/11/2016 | Deposition | 35070 | Rodriguez | Fassburg | D | County Court at Law No. 5, El Paso County, Texas | 2015DCV0746 | Ricardo Rodriguez v. North American Van Lines, Inc., A-1 Freeman Moving and Storage, LLC, A-1 Freeman Moving and Storage, Inc., and A-1 Freeman Moving and Storage-El Paso, LLC |
| 4/13/2016 | Deposition | 34061 | Elizondo | Waterhouse | D | County Court at Law No. 1, Nueces County, Texas | 2013-CCV-60842-1 | Henry Elizondo v. Air Liquide Industrial US, LP, d/b/a Air Liquide America, LP and Gregory Clyde Barnez |
| 4/18/2016 | Deposition | 35060 | Nava | McNiff | D | County Court at Law No. 1, Nueces County, Texas | 2014-CCV-61859-1 | Sammy Nava v. John Bludworth Shipyard, LLC and Kuriyama of America, Inc |
| 5/10/2016 | Deposition | 36016 | Castilleja | James | D | 166th Judicial District Court, Bexar County, Texas | 2014-CI-09232 | Jennifer Castilleja v. Terryl Monterastelli and Kahlig Enterprises, Inc., d/b/a Bluebonnet Motors |
| 6/28/2016 | Deposition | 35054 | McAllen MRI | Parks | D | American Arbitration Association | AAA-01-15-0000-3457 | McAllen MRI, LLC & True Medical Imaging, LLC v. One Call Medical, Inc., Individually and d/b/a One Call Care Management, One Call Care Management-Diagnostics and One Call Care Diagnostics |
| 7/21/2016 | Arbitration | 35054 | McAllen MRI | Parks | D | American Arbitration Association | AAA-01-15-0000-3457 | McAllen MRI, LLC & True Medical Imaging, LLC v. One Call Medical, Inc., Individually and d/b/a One Call Care Management, One Call Care Management-Diagnostics and One Call Care Diagnostics |
| 7/28/2016 | Deposition | 35081 | Babinerux | Buttery | D | County Court at Law No. 2, Nueces County, Texas | 2015CCV-61128-2 | Ronnie Babineaux v. Scott Eldon Fonger and ARI Fleet LT and Compass Well Services, LLC |
| 8/2/2016 | Deposition | 35044 | Benavides | Pope | D | 79th Judicial District Court, Jim Wells County, Texas | 12-09-51476-CV | Marissa Benavides v. Pedro Vasquez Martinez and Houston S-T, Ltd |
| 8/23/2016 | Deposition | 36021 | Morales | Edwards | D | 244th Judicial District Court, Ector County, Texas | C-138402 | Luis Fernando Morales, Jr. and Liliana Villanueva, in her Capacity as Agent and Attorney-In-Fact for Luis Fernando Morales, Jr. v. Athletic Supply, Inc.; Athletic Supply, Inc. d/b/a Allstate Athletic Supply; Athletic Supply Reconditioning a/d/a Athletic Supply a/k/a Allstate Athletic Supply; Athletic Reconditioning, Inc.' and National Athletic Equipment Reconditioners Association |
| 9/20/2016 | Deposition | 35073 | Warren | Kasperitis | D | County Court of Law No. 3, Nueces County, Texas | 2013CCV61386-3 | Edward Warren v. Sherwin Alumina Company, LLC and Chester Leo Ingersoll, Jr |
| 11/2/2016 | Deposition | 36018 | Gomez | Webb | P | County Court of Law No. 4, Nueces County, Texas | 2015CCV-61533-4 | Alaric Gomez v. Dnow, LP and Ralph Martinez |
| 11/15/2016 | Trial | 36085 | Ramirez | Hopkins | P | 406th Judicial District Court, Webb County, | 2014-CVT-02640-D4 | Hector Ramirez v. H.L. Zumwalt Construction, Inc |
| 3/23/2017 | Deposition | 36095 | Houle | Gonzalez | D | 22th Judicial District Court, Bexar County, Texas | 2015CI05284 | Genny Houle v. Onetouchpoint Southwest Corp. d/b/a Ginny's Printing, and Christopher Woodall |
| 4/13/2017 | Trial | 36095 | Houle | Gonzalez | D | 22th Judicial District Court, Bexar County, Texas | 2015CI05284 | Genny Houle v. Onetouchpoint Southwest Corp. d/b/a Ginny's Printing, and Christopher Woodall |
| 4/24/2017 | Deposition | 36064 | Salazar | Socks | D | 438th Judicial District Court, Bexar County, Texas | 2014-CA-12065 | Maria Salazar, Individually, as Surviving Spouse, as Representative of the Estate of Leroy Salazar, Deceased, and as Next Friend of minors Zachary Salazar and Haley Salazar; Adella Resendez and Jonathan Salazar v. Michelin North America and PNP Petroleum I, LP |
| 5/16/2017 | Deposition | 37007 | Moreno | Hernandez | D | 243rd Judicial District Court, El Paso County, Texas | 2016-DCV1990 | Clark McCarthy Healthcare Partners, II, Clark Construction Group, LLC, McCarthy Building Companies, Inc., Midwest Steel, Inc., Professional Service Industries, Inc., Onsite Occupational Health and Safety, Inc., and Hirschfeld Steel Group, LP, d/b/a Hirschfeld Industries |
| 8/16/2017 | Deposition | 35076 | Mireles | Ybarra | D | 224th Judicial District Court, Ector County, Texas | C-137,524 | John Mireles, Individually and as Next Friend of Scarlett Mireles, a minor v. Timothy Bryan Hernandez, Weatherford US, LP, ARI Fleet LT and Precision Energy Services, Inc. |
| 8/18/2017 | Deposition | 37043 | Monasterio | Hernandez | D | In the United States District Court, For the District of New Mexico | 2:15-CV-00638-LAM-SMV | Carlos Monasterio and Brian Brouilette v. Greyhound Lines, Inc., a/k/a Southwestern Greyhound Lines, Inc.; Dave Leach, President and CEO of Greyhound Lines, Inc., Bill Blankenship, CEP in Charge of Security and Safety; Arnulfo Bravo, Employee of Southwestern Greyhound Lines, Inc., Jason Von Jimenez, II, and John Does I-IV |
| 9/11/2017 | Deposition | 37061 | Walker | James | D | County Court at Law No. 1, Nueces County, Texas | 2015CCV-61358-1 | ; Robert Walker v. T&W Tire, LLC and George de los Santos |
| 10/6/2017 | Deposition | 37042 | Rodriguez | Hull | D | 197th Judicial District Court, Cameron County, Texas | 2015-DCL-02573 | Lisa Rodriguez v. Schlitterbahn Beach Resort Management, LLC, Enterprize Management, Inc., a/k/a Enterprise Management, Inc., NBGS International, Inc., and BED-SCHLOSS, Inc |
| 10/9/2017 | Deposition | 37038 | Camacho | Barker | D | 24th Judicial District Court, Refugio County, Texas | 2016-01-12195 | Reyes Camacho v. Roywell Services, Inc. and Jorge Fernandez |
| 10/11/2017 | Deposition | 37050 | Jones | Pels | D | 79th Judicial District, Jim Wells County, Texas | 12-02-50897-CV | Amy Mungia as Next Friend of Kristopher Mungia, a minor, in his individual capacity as beneficiary and as representative of all wrongful death beneficiaries of Robert Lee Garcia, deceased v. Strad Energy Services USA, Ltd., Precision Drilling Oilfield Services, Inc., Precision Drilling (US) Corporation, Precision Drilling Holdings Company d/b/a Precision Drilling Transportation, Steven Bishop, Individually ISA Gray, a/k/a Allie Gray, Individually and Edward Bernal, Individually Elroy Martinez, Jr., and Buddy Jones v. Strad Energy Services USA, Ltd., Steven Bishop, Individually and ISA Gray a/k/a Allie Gray, Individually |

| Date | Type | No. | Last Name | Other Name | P/D | Court | Cause No. | Case Style |
|---|---|---|---|---|---|---|---|---|
| 10/25/2017 | Deposition | 36089 | Arsate | James | D | 288th Judicial District Court, Bexar County, Texas | 2016CI00084 | Raul Benjamin Arsate, Individually and as Representative of the Estate of Rosalina Cadena and as Next Friend of Jacob Arsate and Raul Anthony Arsate v. Hill Country Furniture Partners LTD., d/b/a Ashley Furniture Homestore, Ryder Truck Rental, and Michael A. McLeod II |
| 1/16/2018 | Deposition | 37083 | Monks | Barker | D | County Court of Law 3, Nueces County, Texas | 2016CCV-61219-3 | Linda Monks v. ABC Pest Control, Inc., of Austin and Scott Bond II |
| 1/31/2018 | Deposition | 37055 | Acuna | Brothers | D | County Court of Law 3, Nueces County, Texas | 2016CCV-60280-3 | Berta Acuna, Individually, as Wrongful death beneficiary, and on behalf of the Estate of Oscar Vences and Pedro Vences, Individually, as wrongful death beneficiary v. US Hospitality Management, LLC, Vimal Patel and Gulf Coast Hospitality, Inc |
| 2/9/2018 | Trial | 37042 | Rodriguez | Hull | D | 197th Judicial District Court, Cameron County, Texas | 2015-DCL-02573 | Lisa Rodriguez v. Schlitterbahn Beach Resort Management, LLC, Enterprize Management, Inc., a/k/a Enterprise Management, Inc., NBGS International, Inc., and BED-SCHLOSS, Inc |
| 2/19/2018 | Deposition | 37019 | Karim | Krejs | D | 134th Judicial District Court, Dallas, Texas | DC-16-09664 | Mohammed Karim v. SRS Distribution, Inc., Mark Anthony Castro and Penske Truck Leasing, Co., LP |
| 5/4/2018 | Deposition | 36096 | Nino | Sanchez | D | 365th Judicial District Court, Dimmit County, Texas | 15-12-12787-DCVAJA | Michelle Nino, Individually and as Personal Representative of the Estate of Robert Nino, Deceased, and as Next Friend of Julyssa Sixx Nino, A minor, Roberto Nino, Jr., and Alyssa Nikki Nino v. Primoris Energy Services Corporation d/b/a Primoris Pipeline, la Grange Acquisition, LP d/b/a Energy Transfer Company f/k/a Energy Transfer Partners, LP and Brandon Kelly Reyna, Oscar Paredes, Ben Bordelon, Ben Franklin, Brian Leal, Francisco Ramos, Michael Woodel and David Wallace |
| 9/6/2018 | Deposition | 38016 | Planters | Swallow | P | 26th Judicial District Court, San Patricio County, Texas | S-17-5214CV-A | Planter's Grain Cooperative v. Bartlett Petroleum |
| 9/17/2018 | Deposition | 37023 | Carrera | Ritch | P | 293rd Judicial District Court, Dimmit County, Texas | 16-08-12968-DCV | David Flores Carrera v. Affirm Oilfield Service and Select Energy Services, LLC |
| 9/19/2018 | Deposition | 38014 | Rojo | Larson | P | 193rd Judicial District Court, Dallas County, Texas | DC-17-14034 | Veronica Rojo v. Jonathan Lee Sosa and XPO Logistics Freight, Inc |
| 9/26/2018 | Deposition | 38029 | Villanueva | Garza | P | 81st Judicial District Court, Karnes County, Texas | 16-12-00331-CVK | Reymundo Villanueva, Individually, and as Representative of the Estate of Emma Garza Villanueva, Deceased, and Raw Anne Springer v. Universal Land Clearing, LLC and Edgar Olvera |
| 9/27/2018 | Deposition | 36026 | Luedecke | Schauer | D | 347th Judicial Dist., Nueces County, Texas | 2015DCV-2601-H | Newell R. Luedecke and Anna N. Luedecke vs. AEP Texas Central Company F/K/A Central Power and Light, et al |
| 12/4/2018 | Deposition | 38061 | Price | Scrivener | D | 288th Judicial District Court, Bexar County, Texas | 2015CI08623 | Stephanie Jolin Price v. Airstream General Construction, Inc. and Daniel R. Villarreal |
| 1/21/2019 | Deposition | 38073 | Regalado | Gonzalez | D | 229th Judicial District Court, Duval County, Texas | DC-17-18 | Ashley Anais Regalado v. Almaguer Livan Izaguirre, Luis Fernandez and Kingdom Cargo, LLC |
| 2/25/2019 | Deposition | 38028 | Garza | Cowen | D | 229th Judicial District Court, Duval County, Texas | DC-17-97 | Consuelo C. Garza, Individually and as Representative of the Estate of Nicolas R. Garza, Corina Garza, Orlando Garza, and Rolando Garza v. Femco, Inc., Femco Manufacturing, Inc., Scag Power Equipment, Metalcraft of Mayville, Inc., A-C Lawn & Garden Services, Susan Webb, Robert Sibley, Sibley Family Living Trust |