IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARANSAS PRINCESS CONDOMINIUM ASSOCIATION, INC., | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:18-CV-341 |
| v. | § § | |
| LANDMARK AMERICAN INSURANCE COMPANY, | § § § | |
| *Defendant.* | § § | |

### DEFENDANT LANDMARK AMERICAN INSURANCE COMPANY'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

In addition to the expert witnesses designated on May 15, 2019, pursuant to the parties' agreement concerning Defendants' deadline for the designation of attorneys' fees experts, Defendant Landmark American Insurance Company ("Landmark") hereby designates the following expert witness:

**Jay W. Brown**
Shackelford, Bowen, McKinley & Norton, LLP
717 Texas Avenue, 27th Floor
Houston, Texas 77002
832.415.1775

Mr. Brown may testify regarding the reasonableness and necessity of Plaintiff's attorneys' fees and costs in connection with the prosecution of this lawsuit. He may also testify as to the normal and customary charges in Texas for legal services rendered in the prosecution of first party insurance coverage cases, such as this. His opinions will be based on his knowledge, skill, experience, training, and education, as well as his review of the pleadings, motions, discovery requests and responses, correspondence, applicable law, and Mr. Chriss' expert report. Mr. Brown may also testify in response to any testimony offered by Plaintiff or any of its experts regarding attorneys' fees and costs. Mr. Brown may utilize drawings, photographs, charts, diagrams, and other illustrative or demonstrative aides to illustrate or assist in explaining his testimony and opinions.  Please see Mr. Brown's report for further detail.

Landmark reserves the right to have such experts amend and/or supplement their reports, opinions, and testimony based on additional discovery and testimony when they are provided.

Respectfully submitted,

SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP

By: */s/ Bruce R. Wilkin*
    Jay W. Brown – Attorney in Charge
    State Bar No. 03138830
    swedemeyer@shackelford.law
    Bruce R. Wilkin
    State Bar No. 24053549
    bwilkin@shackelford.law
    717 Texas Avenue, 27th Floor
    Houston, Texas 77002
    Phone: (832) 415-1801
    Fax: (832) 415-1095

ATTORNEYS FOR DEFENDANT
LANDMARK AMERICAN INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on June 5, 2019.

| | |
|---|---|
| William J. Chriss<br>THE SNAPKA LAW FIRM<br>606 N. Carancahua, Suite 1511<br>Corpus Christi, Texas 78403<br>E-mail: wjchrisspc@gmail.com | *Via Electronic Service* |

                */s/ Bruce R. Wilkin*
                Bruce R. Wilkin