| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 2:18-CV-341 |
|---|---|---|---|
| Aransas Princess Condominium Association, Inc., Plaintiff ||||
| *versus* ||||
| Landmark American Insurance Company, Defendant ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Fred D. Dreiling<br>Olstarch\|Hilmy\|McCauley<br>Wells Fargo Tower - 615 N. Upper Broadway, Suite 800<br>P. O. Box 2888<br>Corpus Christi, TX 78403; Telephone - 361/884-1961<br>fdreiling@ohmlegal.net<br>Texas State Bar No. 06115100 |
|---|---|

| Name of party applicant seeks to appear for: | Aransas Princess Condominium Association, Inc., Plaintiff |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____    No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 6-26-19     Signed: [signature]

The state bar reports that the applicant's status is:

Dated:     Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge